Northeastern Real Estate Securities Corporation, Appellant, v. Edgar B. Goldstein, Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.